| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO. 1:08-CR-122 |
| § | |
| RONNY EARL RHODES § | |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred defendant's guilty plea to the Honorable Earl S. Hines, United States magistrate judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. Upon appearing before Judge Hines for a guilty plea, defendant informed the Court that he does not wish to plead guilty and desires a trial instead. The magistrate judge, therefore recommended that the case be returned to the active trial docket.

Although the Findings of Fact and Recommendation of the United States Magistrate Judge were correct when issued, Defendant, RONNY EARL RHODES, pled guilty to Count 1 of the Indictment on December 4, 2008, rendering such findings moot.

SIGNED at Beaumont, Texas, this 10th day of December, 2008.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE